(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Andre El-Jihadi Bey
183 Horizon Drive
Newcastle Del 19720

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

GDI Services Inc.
500 Ashland Hercules. Rd.
Wilmington Del 19808

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)

2022 AUG -5 PM 4:06

Civ. Action No. 22-1039
(To be assigned by Clerk's Office)

## COMPLAINT
(Pro Se)

Jury Demand?
☐ Yes
☑ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: __By Andre El-Jind__
Name (Last, First, MI)

__103 Halcyon Dr.__
Street Address

__Newcastle__    __DE__    __19720__
County, City    State    Zip Code

__302 3107347__
Telephone Number    E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: _____
Name (Last, First)

_____
Street Address

_____
County, City    State    Zip Code

Defendant 2: _____
Name (Last, First)

_____
Street Address

_____
County, City    State    Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: GDI
Name (Last, First)

Suite 115 780 Fifth Avenue King of Prussia
Street Address

King of Prussia Pennsylvania 19406
County, City / State / Zip Code

Defendant 4: GDI - Luis Cruz
Name (Last, First)

_____
Street Address

_____
County, City      State      Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

"1. "Job Abandonment" without Proper Notice or Acknowledgement of Termination. Default to places with Contract. Pendixal? Plurtful to Local Union SPIULBCW 3725 Left with NO Response; During Nation Crisis — abandoned Contract to employee according to GDI policy.

## III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

This venue is for the purpose of federal law matter and/or Constitution Rights for Citizen of States.

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Located site 500 Ashland Hercules Rd Wilmington DE.

Date(s) of occurrence: _____

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

[What happened to you?]

Glenn Folkes - Manager
Luis Cruz - Director Field Manager
GDI H.R. Director

Glenn Folkes - is the Hiring manager of my employment and witness to Luis Cruz, MS management

(Del. Rev. 11/14) Pro Se General Complaint Form

And Transfer to 500 Ashland Hercules Rd. where I was told that my employment will be continued at this particular site, because they didn't require (COVID) - Test or Shot according to Manchester as the Company of Agilent Requires for there Building are personal Employees.

All was transferred to Ashland Hercules site, where I was now told that this would be my place of employment By Glenn Fowlkes Jr. ( HB Boss - Or Luis Cruz - Field Director.

I Never personally HAD Direct Contact with Mr. Luis Cruz, only Glenn Fowlkes, my Manager that fired me the plaintiff.

> Was anyone else involved?

Luis Cruz Never gave formal Notice of the 2nd Transfer After the Reported grievance against a Shift Supervisor - Mario - see: Exh. "7" of Notices with the Mailer Attached.

The explain Exhibits would show proper Notification to factual Causation, which leads to only believe in A "Constructive" Wrongful Termination.

Page 5 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

Without following the contract and/or Policies of Agreement, upon Employment with GDI services and Part and Partial to SEIU Local 32BJ.

The Field Rep. Mackenzie Forman 484-213-9909 was at the site of the illegal transfer, without notice to Local 32BJ for the purposes of Employment. All done by Director Field Manager Luis Cruz.

> Who did what?

I phone called H.R. Department, spoke to Kayleigh Fuller and she told me, after she received my via mail and call, requested to sit and wait until Luis Cruz the Field Manager who was supposed to contact me for proper Employment or that it would be a leave due to hostile work area, coming from the complaint or grievance sent to the GDI H.R. Director Mrs. Fuller, who told me to wait for the call from the Field Director - Luis Cruz - who never responded back in a timely manner. All parties are put on notice of "Breach of Contract."

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

All Personal Bills and ongoing existing contracts of other parties, was established and Based on my Employment to meet my daily transactions for personal Living. The Default by GDI Services, Delayed All. I am in a Foreclosure program that was established Credit to carry my mothers Probate state. The delays and Default put me in Considerable Debt. And to Help take care of An Elderly that depended on me for Food, shelter, Health care

## VI. RELIEF

The relief I want the court to order is:

☐   Money damages in the amount of: $ 30,000

☐   Other (explain):

Because Everything was in a good Alignment with my finances; Before the Default of GDI's incompetent Mismanagement of Discrimination; After Reporting the Grievance to HR. I should Receive this because I Had to supplement with Another Job which monies was spent to cover damages of Late Fees and Penaltys which places me more Behind And Debt, And monies that I would have made if still there today, if the problem didn't exist. With Time in Covid-19

Page 7 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

_____     _Andre El-Jihadibey_
Dated                                        Plaintiff's Signature

_Bey: Andre' El-Jihad_
Printed Name (Last, First, MI)

_105 Holyzen Drive  Newcastle  DE  19720_
Address                    City              State   Zip Code

_302-310 7347 - 302650-3248_
Telephone Number                          E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**