IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE EL-JIHAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1039 (MN) |
| | ) |
| GDK SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 20th day of September 2022,

WHEREAS, on August 15, 2022, this Court entered an order denying Plaintiff's motion for leave to proceed *in forma pauperis* and requiring Plaintiff to pay the filing fee in full within twenty-one days from the date of the order or the case would be dismissed (D.I. 4); and

WHEREAS, that time has passed, and, to date, Plaintiff has not complied with the August 15, 2022 order.

THEREFORE, IT IS HEREBY ORDERED that:

1. The Complaint is DISMISSED without prejudice.

2. The Clerk of Court is directed to CLOSE the case.

The Honorable Maryellen Noreika
United States District Judge